# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-30065

United States Court of Appeals
Fifth Circuit

**FILED**

October 8, 2015

Lyle W. Cayce
Clerk

MELISSA KENNEDY,

Plaintiff–Appellant,

versus

PARKVIEW BAPTIST SCHOOL, INCORPORATED,

Defendant–Appellee.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:13-CV-478

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

After former employer, Parkview Baptist School, Incorporated, canceled her contract as a teacher, Melissa Kennedy sued the school for discrimination,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30065

retaliation, and harassment under the Age Discrimination in Employment Act and the Americans with Disabilities Act. The suit stemmed from various on-the-job disputes not generally related to Kennedy's ability or performance as a teacher in the classroom. Kennedy appeals a summary judgment in favor of the school.

We have reviewed the briefs and applicable law and have consulted the pertinent portions of the record, including the district court's impressive 46-page statement of reasons. We have also heard the helpful oral arguments of counsel. There is no reversible error. The summary judgment is AFFIRMED, essentially for the reasons given by the district court.